**Guillermo C. TRUJILLO,**
**Plaintiff–Appellant,**

v.

**STU SHERMAN, Defendant–Appellee.**

**No. 15–15952.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 20, 2016.*

Filed Jan. 28, 2016.

Guillermo C. Trujillo, Delano, CA, pro se.

Before: CANBY, TASHIMA, and NGUYEN, Circuit Judges.

MEMORANDUM ***

California state prisoner Guillermo C. Trujillo appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his safety. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Ramirez v. Galaza,* 334 F.3d 850, 853 (9th Cir.2003) (dismissal under 28 U.S.C. § 1915A); *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order) (dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii)). We affirm.

The district court properly dismissed Trujillo's failure-to-protect claim because

Trujillo failed to allege facts sufficient to state a plausible claim. *See Hebbe v. Pliler,* 627 F.3d 338, 341–42 (9th Cir.2010) (although pro se pleadings are liberally construed, a plaintiff must still present factual allegations sufficient to state a plausible claim for relief); *see also Farmer v. Brennan,* 511 U.S. 825, 837, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994) (a prison official is deliberately indifferent only if he "knows of and disregards an excessive risk to inmate ... safety"); *Starr v. Baca,* 652 F.3d 1202, 1207–08 (9th Cir.2011) (requirements for establishing supervisory liability).

The district court properly dismissed Trujillo's claim regarding the processing and handling of his prison grievances because prisoners do not have a "constitutional entitlement to a specific prison grievance procedure." *Ramirez,* 334 F.3d at 860.

All pending motions are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.